# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CONNOR WOLF, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-00589-GMM-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

    This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated April 18, 2014, required the parties to file a Joint Status Report no later than May 21, 2014. To date the parties have not complied. Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **June 9, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

    DATED this 30th day of May, 2014.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge